UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JAYSON RUSSELL,

    Defendant.

CASE NO. CR05-0282C

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

    1.    Defense counsel, having recently returned to town from a trip, is in need of additional time to prepare this matter for trial.

    2.    The Defendant has no objection to the continuance and has filed a waiver of speedy trial.

    3.    The ends of justice outweigh the best interest of the public and the Defendant in a speedy trial. That failure to grant a continuance based upon the circumstances would result in a miscarriage of justice in that defense counsel would not have adequate time to prepare the matter for trial.  The

MINUTE ORDER – 1

continuance provides each counsel a reasonable amount of time necessary for effective preparation, taking into account the exercise of diligence.  The continuance also allows for continuity of counsel for the Defendant.

  4. The parties have requested and stipulated to a continuance.

  IT IS HEREBY ORDERED that the trial date is continued from December 19, 2005 to <u>February 13, 2006</u>.

  IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the date of this order to the new trial date is excluded in the computation of time under the Speedy Trial Act.

  DATED this 14th day of December, 2005.

              BRUCE RIFKIN, Clerk of Court


              By /s/ C. Ledesma
                Deputy Clerk

MINUTE ORDER – 2