UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.   CR05-282JCC |
| v. | ) | |
| JAYSON RUSSELL, | ) | DETENTION ORDER |
| Defendant. | ) | |

The Court conducted a Bond Revocation hearing on April 21, 2006. The defendant admitted to the charges and the bond was revoked. Defendant shall be detained for sentencing.

**It is therefore ORDERED:**

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which

Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of April, 2006.

*MJ Benton*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-